UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN CHAMBERS, INDIVIDUALLY, <br><br> PLAINTIFF, <br><br> VS. <br><br> DSSV, INC., D/B/A BRIGHTWHEEL, <br><br> DEFENDANT | CASE NO.: 4:22-CV-08863-DMR <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3 ); ORDER** |

I, Charles L. Scalise, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing Plaintiffs in the above-entitled action. My local co-counsel in this case is Daniel S. Brome an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is 278915.

My Address of Record:
1104 San Antonio St., Austin, Texas 78701

Local Co Counsel's Address of Record:
235 Montgomery Street, Ste. 810
San Francisco, CA 94101

My Telephone No. of Record:
512-474-7677

Local Co-Counsel's Telephone No. of Record:
415-277-7235

My Email Address of Record:
Charles@rosslawgroup.com

Local Co-Counsel's Email Address of Record:
dbrome@nka.com

I am an active member in good standing of a United States Court or the highest court of another State of the District of Columbia as indicated above; my bar number is: 24064621.

A true and correct copy of the certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 time in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of the Court especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/24/2023

_____
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Charles L. Scalise is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice the party.

Dated:  3/24/2023

_____
UNITED STATES DISTRICT JUDGE

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

March 08, 2023

Re: Charles Leonard Scalise, State Bar Number 24064621

To Whom It May Concern:

This is to certify that Charles Leonard Scalise was licensed to practice law in Texas on October 16, 2008, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167