SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
PATRICIA M. JENG, Cal Bar No. 272262
JOHN ELLIS, Cal Bar No. 269221
AMANDA E. BECKWITH, Cal Bar No. 312967
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
E mail      pjeng@sheppardmullin.com
             jellis@sheppardmullin.com
             abeckwith@sheppardmullin.com

Attorneys for Defendant
DSSV, INC., d/b/a BRIGHTWHEEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JORDAN CHALMERS, individually and on behalf of all others similarly situated,,<br><br>Plaintiff,<br><br>v.<br><br>DSSV, INC., d/b/a BRIGHTWHEEL,<br><br>Defendant. | Case No. 4:22-cv-08863-HSG<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DSSV, INC., d/b/a BRIGHTWHEEL.; ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom 2<br><br>Complaint Filed: December 15, 2022<br>Trial: None |

PLEASE TAKE NOTICE that Defendant DSSV, Inc., d/b/a Brightwheel has retained Sheppard, Mullin, Richter & Hampton LLP to substitute as counsel for Fisher & Phillips LLP in the above-captioned action.

Withdrawing counsel for Defendant DSSV, Inc., d/b/a Brightwheel are:

> FISHER & PHILLIPS LLP
> Annie Lau (SBN 302438)
> Sinclaire Parer (SBN 346148)
> One Montgomery Street, Suite 3400
> San Francisco, California 94104
> Telephone:    (415) 490-9000
> Facsimile:    (415) 490-9001
> Email: alau@fisherphillips.com
>           sparer@fisherphillips.com

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for DSSV, Inc., d/b/a Brightwheel:

> SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
> A Limited Liability Partnership
> Including Professional Corporations
> PATRICIA M. JENG, Cal. Bar No. 272262
> JOHN ELLIS, Cal Bar No. 269221
> AMANDA E. BECKWITH, Cal Bar No. 312967
> Four Embarcadero Center, 17th Floor
> San Francisco, California 94111-4109
> Telephone:    415.434.9100
> Facsimile:    415.434.3947
> E mail  pjeng@sheppardmullin.com
>           jellis@sheppardmullin.com
>           abeckwith@sheppardmullin.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated: April 6, 2023

DSSV, Inc., d/b/a Brightwheel

By   */s/ Josh Gartland*
Josh Gartland
Chief Financial Officer

Dated: April 6. 2023

FISHER & PHILLIPS LLP

By   */s/ Annie Lau*
　　　Annie Lau

Dated: April 6, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   */s/ Patricia M. Jeng*
　　　Patricia M. Jeng

### ATTORNEY'S E-FILING ATTESTATION

As the attorney e-filing this document, and pursuant to Local Rule 5-1(i)(3), I hereby attest that the signatories on this document whose electronic signatures appear above have concurred in this filing.

Dated: April 6, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   */s/ Patricia M. Jeng*
　　　Patricia M. Jeng

### ORDER

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated:   4/6/2023

　　　Hon. Haywood S. Gilliam, Jr.
　　　United States District Judge