1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   PATRICIA M. JENG, Cal Bar No. 272262
3  JOHN ELLIS, Cal Bar No. 269221
   AMANDA E. BECKWITH, Cal Bar No. 312967
4  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
5  Telephone:    415.434.9100
   Facsimile:    415.434.3947
6  E mail        pjeng@sheppardmullin.com
                 jellis@sheppardmullin.com
7                abeckwith@sheppardmullin.com

8  Attorneys for Defendant
   DSSV, INC., d/b/a BRIGHTWHEEL
9

10                UNITED STATES DISTRICT COURT

11         NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

12

| JORDAN CHALMERS, individually and on behalf of all others similarly situated,, <br><br> Plaintiff, <br><br> v. <br><br> DSSV, INC., d/b/a BRIGHTWHEEL, <br><br> Defendant. | Case No. 4:22-cv-08863-HSG <br><br> **ORDER GRANTING STIPULATION TO CONTINUE JUNE 15, 2023 HEARING ON DEFENDANT'S MOTION TO TRANSFER VENUE AND CASE MANAGEMENT CONFERENCE (as modified)** <br><br> Judge: Hon. Haywood S. Gilliam, Jr. <br> Courtroom 2 <br><br> Complaint Filed: December 15, 2022 <br> Trial: None |
|---|---|

1  The Court has received and read the parties' stipulation to continue the hearing on
2  Defendant's motion to transfer venue and the case management conference, both scheduled for
3  June 15, 2023.  Good cause appearing, the Court hereby ORDERS:
4  1) The hearing on Defendants motion to transfer venue to continued from June 15, 2023 to
5  September 7, 2023 at 2:00 pm.
6  2) The case management conference scheduled for June 15, 2023 is continued to
7  September 7, 2023 at 2:00 pm.
8  3) The parties shall file a statement within 5 days of their mediation informing the Court of
9  its outcome.
10  IT IS SO ORDERED

13  Dated: 6/7/2023        By: _____
                                Hon. Haywood S. Gilliam, Jr.
14                              United States District Court Judge