**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| Jordan Chalmers, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DSSV, Inc., d/b/a Brightwheel,<br><br>Defendant. | Civil Case No.: 4:22-cv-08863-HSG<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO TRANSFER VENUE AND CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Filed: December 15, 2022 |

The Court received the parties' stipulation to continue the hearing on Defendant's motion to transfer venue and the case management conference, both scheduled for September 7, 2023. Good cause appearing, the Court hereby ORDERS that the hearing on Defendant's motion to transfer and the case management conference scheduled for September 7, 2023 are rescheduled to September 14, 2023 at 2:00 p.m.

IT IS SO ORDERED

Date: 8/8/2023

By: *[signature]*
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge