UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jordan Chalmers, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

DSSV, Inc., d/b/a Brightwheel,

Defendant(s).

Case No. 4:22-cv-08863-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Kayla M. Kienzle, an active member in good standing of the bar of Minnesota, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Daniel S. Brome, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 278915.

| | |
|---|---|
| 80 South 8th Street, Suite 4700<br>Minneapolis, MN 55402 | 235 Montgomery St, Suite 810<br>San Francisco, CA 94104 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 612-256-3263 | 415-277-7235 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| kkienzle@nka.com | dbrome@nka.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0399975.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 08/15/2023

Kayla M. Kienzle
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kayla M. Kienzle is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/16/2023

*Haywood S. Gill, Jr.*
UNITED STATES DISTRICT JUDGE

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, _Kate M. Fogarty_, Clerk of this Court, certify that _Kayla Marie Kienzle_, Bar # _399975_, was duly admitted to practice in this Court on _7/27/2020_, and is in good standing as a member of the Bar of this Court.

Dated at _St. Paul, MN_ on _6/26/2023_
*(Location)*       *(Date)*

Kate M. Fogarty
*CLERK*

*DEPUTY CLERK*