Daniel S. Brome, CA State Bar No. 278915
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA  94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Michele R. Fisher, MN State Bar No. 303069 (admitted *pro hac vice*)
fisher@nka.com
Kayla M. Kienzle, MN State Bar No. 0399975 (admitted *pro hac vice*)
kkienzle@nka.com
NICHOLS KASTER, PLLP
4700 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 218-6170

Charles Scalise, TX State Bar No. 24064521 (admitted *pro hac vice*)
charles@rosslawpc.com
ROSS SCALISE LAW GROUP, P.C.
1104 San Antonio Street
Austin, TX 78701
Telephone: (510) 270-2614
Facsimile: (510) 474-5306

*Attorneys for Plaintiff and Others Similarly Situated*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jordan Chalmers, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DSSV, Inc., d/b/a Brightwheel,<br><br>Defendant. | **Civil Case No.: 4:22-cv-08863-HSG**<br><br>**STIPULATION ON BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR FLSA NOTICE; ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Filed: December 15, 2022 |

1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2  Patricia M. Jeng, Cal Bar No. 272262
   pjeng@sheppardmullin.com
3  John Ellis, Cal Bar No. 269221
   jellis@sheppardmullin.com
4  Amanda E. Beckwith, Cal Bar. No. 312967
   abeckwith@sheppardmullin.com
5  Four Embarcadero Center, 17th Floor
   San Francisco, CA 94111
6  Telephone: (415) 434-9100
7  Facsimile: (415) 434-3947

8  *Attorneys for Defendant*

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Civil Local Rule 6-1 and 7-12, Jordan Chalmers, on behalf of himself and others similarly situated ("Plaintiffs") and DSSV, Inc., d/b/a Brightwheel ("Defendant"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs will file their Notice of Motion and Motion for Distribution of Judicial Notice under the Fair Labor Standards Act ("FLSA") on or before November 27, 2023.

WHEREAS, Defendant's deadline to respond to the motion is December 22, 2023.

WHEREAS, to the extent a reply is necessary, Plaintiffs' deadline to file a reply is January 10, 2024.

WHEREAS, the Parties have agreed to a hearing date of Thursday, January 25, 2024, at 2:00 p.m. or to the Court ruling on the motion on the papers without a hearing, whichever the Court prefers.

Dated: October 31, 2023                                Respectfully submitted,

/s/ *Kayla M. Kienzle*                                 /s/ *Patricia Jeng*
Michele R. Fisher                                      Patricia Jeng
Daniel S. Brome                                        John Ellis
Kayla M. Kienzle                                       Amanda Beckwith
Charles Scalise

*Attorneys for Plaintiff and*                          *Attorneys for Defendant DSSV, Inc., d/b/a*
*others similarly situated*                            *Brightwheel*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

(1) Plaintiffs shall file their Notice of Motion and Motion for Distribution of Judicial Notice under the Fair Labor Standards Act ("FLSA") on or before November 27, 2023. Defendant's deadline to respond to the motion is December 22, 2023. Plaintiffs' deadline to file a reply is January 10, 2024.

(2) The hearing on Plaintiffs' Motion shall be set for Thursday, January 25, 2024 at 2:00 p.m. or ruled on by the Court without a hearing if the Court deems it appropriate.

DATED: 11/1/2023

_____
Haywood S. Gilliam, Jr.
United States District Judge