UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN CHALMERS,<br><br>    Plaintiff,<br><br>v.<br><br>DSSV, INC.,<br><br>    Defendant. | Case No. 22-cv-08863-HSG<br><br>**ORDER AS MODIFIED AUTHORIZING DISTRIBUTION OF JUDICIAL NOTICE**<br><br>Dkt. No. 68 |

This matter came before the Court on February 1, 2024 on Plaintiff's Motion for Distribution of Judicial Notice under the Fair Labor Standards Act ("FLSA"). Dkt. No. 68. Having reviewed the submissions and good cause appearing therefore, the Court **AUTHORIZES** the distribution of judicial notice as described in this order.

Defendant does not dispute that the Named Plaintiff and Opt-in Plaintiffs and the current and former employees they seek to represent are "similarly situated." Thus, Plaintiff will promptly send notice to these individuals, giving them notice of the lawsuit and the opportunity to join. The proposed notices, which include mail notice, email notice, text message notice, and a second notice by text, are approved. (*See* Notices, Dkt. Nos. 80-1 [Mail Notice], 80-2 [Email Notice], 80-3 [Text Message Notice], 80-4 [Text Message Second Notice]). The Court also approves the inclusion of a QR code (in the mail notice) and a weblink (in the email and text notices) for individuals to submit consent forms electronically, as the QR code and weblink route to an online version of the consent form. (*Id.*)

Within 14 days of this Order, Defendant DSSV, Inc. d/b/a Brightwheel, shall provide the third-party administrator with a list (in Excel or similar format) of all persons who worked for Defendant as Sales Development Representatives, Inside Sales Representatives, and/or Account

Executives at any time during the past three years. This list should include each person's (1) name, (2) address, (3) cell phone number, and (4) personal email address. The Court authorizes a 60-day period for individuals to submit their consent to join forms, from the day the first notice is distributed. The second notice shall be disseminated 30 days thereafter.

Once the notice distribution process is complete, Plaintiff is **DIRECTED** to file a statement on the docket informing the Court of that development so that it can schedule a case management conference with the parties.

This order **TERMINATES** Dkt. No. 68.

**IT IS SO ORDERED.**

Dated: February 7, 2024

*/s/ Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge