Daniel S. Brome, CA State Bar No. 278915
Jasjit K. Mundh, CA State Bar No. 341455
Matthew C. Helland, CA State Bar No. 250451
dbrome@nka.com
jmundh@nka.com
helland@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA  94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Michele R. Fisher, MN State Bar No. 303069 (admitted *pro hac vice*)
Kayla M. Kienzle, MN State Bar No. 0399975 (admitted *pro hac vice*)
fisher@nka.com
kkienzle@nka.com
NICHOLS KASTER, PLLP
4700 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 218-6170

Charles Scalise, TX State Bar No. 24064521 (admitted *pro hac vice*)
charles@rosslawpc.com
ROSS SCALISE LAW GROUP, P.C.
1104 San Antonio Street
Austin, TX 78701
Telephone: (510) 270-2614
Facsimile: (510) 474-5306

*Attorneys for Plaintiff and Others Similarly Situated*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jordan Chalmers, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DSSV, Inc., d/b/a Brightwheel,<br><br>Defendant. | **Civil Case No. 4:22-cv-08863-HSG**<br><br>**STIPULATION TO STAY DISCOVERY PENDING MEDIATION; ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Filed: December 15, 2022 |

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Patricia M. Jeng, Cal Bar No. 272262
pjeng@sheppardmullin.com
John Ellis, Cal Bar No. 269221
jellis@sheppardmullin.com
Amanda E. Beckwith, Cal Bar. No. 312967
abeckwith@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

*Attorneys for Defendant*

Pursuant to Civil Local Rule 6-1 and 7-12, Plaintiff Jordan Chalmers, on behalf of himself and others similarly situated ("Plaintiff") and DSSV, Inc., d/b/a Brightwheel ("Defendant"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on February 7, 2024, the Court authorized the distribution of judicial notice under the Fair Labor Standards Act ("FLSA"). (Order, ECF No. 81.) The Court has not yet set a schedule for other deadlines, and in its February 7, 2024 Order, directed Plaintiff to file a statement once the notice distribution process is complete so the Court could set a case management conference. (*Id.*)

WHEREAS, on February 16, 2024, Plaintiff served Defendant with Interrogatories, Requests for Production of Documents, and a Notice of Deposition under Federal Rule of Civil Procedure 30(b)(6).

WHEREAS, on February 26, 2024, an Administrator distributed the FLSA notice by mail, email, and text. A second notice will be distributed by text on March 27, 2024. To date, 46 individuals have opted in to make a claim for their overtime pay.

WHEREAS, the deadline to join the case (end of the opt-in period) is April 26, 2024, and the parties have scheduled mediation for June 26, 2024, before a private mediator, the Honorable Carla Woerhle (retired). The parties have agreed to a stay of discovery while they do so, including the deadlines for Defendant's Responses to Plaintiff's Interrogatories, Defendant's Responses to Plaintiff's Requests for Production of Documents, Rule 30(b)(6) Deposition, and any Plaintiff discovery. The parties agree that they will meet and confer about exchanging some informal discovery for mediation.

WHEREAS, if a settlement is reached, the parties will promptly (within three (3) days) inform the Court. If the case is not resolved, the parties will submit a proposed scheduling order within five (5) days of mediation, by July 1, 2024, that will endeavor to set a deadline for discovery to be completed within approximately three (3) months and that a trial date be set for some time in early 2025.

WHEREAS, this Stipulation does not impact the Court's February 7, 2024 Order.

Dated: March 15, 2024

| | |
|---|---|
| /s/ *Michele R. Fisher* | /s/ *Patricia M. Jeng* |
| Michele R. Fisher | Patricia M. Jeng |
| Daniel S. Brome | John Ellis |
| Kayla M. Kienzle | Amanda Beckwith |
| Jasjit K. Mundh | |
| Matthew C. Helland | |
| Charles Scalise | *Attorneys for Defendant DSSV, Inc., d/b/a Brightwheel* |
| *Attorneys for Plaintiff and others similarly situated* | |

**ECF SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests under penalty of perjury that the concurrence in the filing of this document has been obtained from all signatories hereto.

Dated: March 15, 2024                              By:            */s/ Patricia M. Jeng*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

(1) The Stipulation is APPROVED.

(2) If the parties reach a settlement following their June 26, 2024 mediation, they will promptly (within three (3) days) inform the Court.  If the case is not resolved, the parties will submit a proposed scheduling order within five (5) days of mediation, by July 1, 2024, that will endeavor to set a deadline for discovery within approximately three (3) months and propose early 2025 trial dates.

DATED: 3/18/2024

Haywood S. Gilliam, Jr.
United States District Judge