Daniel S. Brome, CA State Bar No. 278915
Jasjit K. Mundh, CA State Bar No. 341455
Matthew C. Helland, CA State Bar No. 250451
dbrome@nka.com
jmundh@nka.com
helland@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Michele R. Fisher, MN State Bar No. 303069 (admitted *pro hac vice*)
Kayla M. Kienzle, MN State Bar No. 0399975 (admitted *pro hac vice*)
fisher@nka.com
kkienzle@nka.com
NICHOLS KASTER, PLLP
4700 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878

Charles Scalise, TX State Bar No. 24064521 (admitted *pro hac vice*)
charles@rosslawpc.com
ROSS SCALISE LAW GROUP, P.C.
1104 San Antonio Street
Austin, TX 78701
Telephone: (510) 270-2614
Facsimile: (510) 474-5306

*Attorneys for Plaintiff and Others Similarly Situated*

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jordan Chalmers, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DSSV, Inc., d/b/a Brightwheel,<br><br>Defendant. | Civil Case No. 4:22-cv-08863-HSG<br><br>**UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO WITHDRAW AS COUNSEL AND ORDER** |

1  Pursuant to Local Civil Rule 11-5(a), Plaintiffs' counsel moves the Court for an order
2  authorizing Kayla Kienzle to withdraw as Plaintiffs' counsel because she is no longer working at
3  Nichols Kaster, PLLP. Plaintiffs continue to be represented by Michele R. Fisher, Daniel S. Brome,
4  Jasjit K. Mundh, and Matthew C. Helland of Nichols Kaster as well as Charles Scalise of Ross Scalise
5  Law Group, P.C. Prior to the filing of this motion, Plaintiff, and defense counsel, were provided
6  reasonable notice.

7

8  Dated: August 7, 2024                                   **NICHOLS KASTER, PLLP**

9                                                       By:    /*s/ Michele R. Fisher*

10                                                              *Attorneys for Plaintiffs*

**PURSUANT TO MOTION, IT IS SO ORDERED.**

(1) Plaintiffs' motion for the withdrawal of Kayla Kinzle of Nichols Kaster, PLLP is granted.

(2) Plaintiffs will continue to be represented by attorneys at Nichols Kaster, PLLP and Ross Scalise Law Group, P.C.

Date: 8/8/2024

Haywood S. Gilliam, Jr.
United States District Judge