Daniel S. Brome, CA State Bar No. 278915
Jasjit K. Mundh, CA State Bar No. 341455
Matthew C. Helland, CA State Bar No. 250451
dbrome@nka.com
jmundh@nka.com
helland@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Michele R. Fisher, MN State Bar No. 303069 (admitted *pro hac vice*)
fisher@nka.com
NICHOLS KASTER, PLLP
4700 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878

Charles Scalise, TX State Bar No. 24064521 (admitted *pro hac vice*)
charles@rosslawpc.com
ROSS SCALISE LAW GROUP, P.C.
1104 San Antonio Street
Austin, TX 78701
Telephone: (510) 270-2614
Facsimile: (510) 474-5306

*Attorneys for Plaintiff and Others Similarly Situated*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jordan Chalmers, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DSSV, Inc., d/b/a Brightwheel,<br><br>Defendant. | Civil Case No. 4:22-cv-08863-HSG<br><br>**UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO WITHDRAW AS COUNSEL AND ORDER** |

UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO WITHDRAW AS COUNSEL
4:22-cv-08863-HSG

1  Pursuant to Civil Local Rule 11-5(a), Plaintiffs' counsel moves the Court for an order
2  authorizing Jasjit K. Mundh to withdraw as Plaintiffs' counsel because she will no longer be working
3  at Nichols Kaster, LLP.  Plaintiffs continue to be represented by Michele R. Fisher, Daniel S. Brome,
4  and Matthew C. Helland of Nichols Kaster as well as Charles Scalise of Ross Scalise Law Group,
5  P.C.  Prior to the filing of this motion, Plaintiff, and defense counsel, were provided reasonable
6  notice.

8  Dated: 08/15/2024                           **NICHOLS KASTER, LLP**
9                                              By:    /*s/ Jasjit K. Mundh*
10                                                    *Attorneys for Plaintiffs*

**PURSUANT TO MOTION, IT IS SO ORDERED.**

(1) Plaintiffs' motion for the withdrawal of Jasjit K. Mundh of Nichols Kaster, LLP is granted.

(2) Plaintiffs will continue to be represented by attorneys at Nichols Kaster, PLLP and Ross Scalise Law Group, P.C.

Date: 8/15/2024

_____
Haywood S. Gilliam, Jr.
United States District Judge