UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JORDAN CHALMERS, individually and on behalf of all others similarly situated,,<br><br>Plaintiff,<br><br>v.<br><br>DSSV, INC., d/b/a BRIGHTWHEEL,<br><br>Defendant. | Case No. 4:22-cv-08863-HSG<br><br>**ORDER ON JOINT REQUEST FOR ENTRY OF JUDGMENT**<br><br>Judge:  Hon. Haywood S. Gilliam, Jr.<br>Courtroom 2<br><br>Complaint Filed: December 15, 2022<br>Trial:              None |

1  The Court has read and considered the parties' Joint Request for Entry of Judgment.  Good cause appearing, the Court hereby ORDERS that Judgment be entered in accordance with the terms of the Parties' Settlement Agreement and the Court's November 19, 2024 Order Approving the Settlement Agreement.  The Court will retain jurisdiction to ensure compliance with the Judgment, Settlement Agreement, and Order Approving the Settlement Agreement.

The Court **DIRECTS** the parties to perform their obligations in accordance with the terms of the Settlement Agreement.  The Court further **DIRECTS** the parties to submit a status report within 40 days of the Settlement's "Effective Date," as defined in the Settlement Agreement.  No further proposed judgment need be submitted.

IT IS SO ORDERED.

DATED:   1/16/2025

Haywood S. Gilliam, Jr.
United States District Judge