UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JORDAN CHALMERS, individually and on behalf of all others similarly situated,,<br><br>Plaintiff,<br><br>v.<br><br>DSSV, INC., d/b/a BRIGHTWHEEL,<br><br>Defendant. | Case No. 4:22-cv-08863-HSG<br><br>**JUDGMENT**<br><br>Judge:  Hon. Haywood S. Gilliam, Jr.<br>Courtroom 2<br><br>Complaint Filed: December 15, 2022<br>Trial:               None |

JUDGMENT is hereby entered in accordance with the Court's November 19, 2024 Order and the terms of the approved Settlement Agreement.  Plaintiff Jordan Chalmers and all opt-in Plaintiffs shall take nothing from Defendant except in accordance with the approved Settlement Agreement and the Court's November 19, 2024 Order.  The Court retains jurisdiction to ensure compliance with the Settlement Agreement, Order Approving the Settlement Agreement, and this JUDGMENT.

This JUDGMENT is a separate document for purposes of Federal Rule of Civil Procedure 58(a).

IT IS SO ORDERED.

DATED:   1/16/2025

Haywood S. Gilliam, Jr.
United States District Judge